UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARCUS J. MARTIN )
FED. REG. NO. 08949-007 )
POST OFFICE BOX 630 )
WINTON, NORTH CAROLINA 27986 )
        PLAINTIFF, )
)
)
V. )  CIVIL ACTION NO._____
)  CASE NUMBER  1:05CV00853
COURT SERVICES AND OFFENDERS )
SUPERVISION AGENCY (CSOSA) )  JUDGE: John D. Bates
FOR THE DISTRICT OF COLUMBIA )
633 INDIANA AVENUE, N.W. )  DECK TYPE: FOIA/Privacy Act
WASHINGTON, DC  20004 )
        DEFENDANT, )  DATE STAMP: 04/29/2005

PLAINTIFF'S COMPLAINT REQUESTING THE COURT TO COMPEL THE
COURT SERVICES AND OFFENDERS SUPERVISION AGENCY (CSOSA) TO COMPLY
WITH PLAINTIFF'S TWO (2) SEPARATE REQUEST FOR CORRECTION AND
AMENDMENTS WHICH WAS REQUESTED VIA THE PRIVACY ACT, TITLE 5 U.S.C.
§ 552a et. seq. AND ONE (1) REQUEST TO LOCATE ANY AND ALL
PSYCHOLOGICAL FILES PERTAINING TO THE PLAINTIFF WHILE IN THE
CUSTODY OF THE D.C. DEPARTMENT OF CORRECTIONS (DCDOC) VIA
THE FREEDOM OF INFORMATION ACT (FOIA)

COMES NOW, Marcus J. Martin, **Pro Se**, Plaintiff respectfully

requesting this Honorable Court to direct the CSOSA to correct and

amend Plaintiff's Pre-Sentencing Investigation (PSI) and Study

Prior to Sentencing.  Also, the Plaintiff respectfully request

this Honorable Court to direct CSOSA to locate any and all

psychological records pertaining to the Plaintiff while in the

custody of the DCDOC via the Privacy Act, Title 5 U.S.C. § 552a

et. seq. and the Freedom of Information Act (FOIA).  The Court

has jurisdiction to entertain Plaintiff's complaint pursuant to

**RECEIVED**

APR 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Title 5 U.S.C. § 552a (g)(1)(D).  In support of this verified complaint Plaintiff presents the following:

1) On or about February 10, 2005 , the Plaintiff submitted a request to Mr. Paul Quander, Director (CSOSA), pursuant to the Privacy Act, Title 5 U.S.C. § 552a (d)(2)(A-B), to correct and amend Plaintiff's (PSI); which was mailed via U.S. Postal Service certified return receipt no.  7002 0460 0003 0557 9282 .  According to the United States Postal Service, the Privacy Act request was received at the agency's (CSOSA) office on or about February 16, 2005 (See Exhibit # 1).

2)  On or about February 16, 2005 , Plaintiff's request was received and signed (See Exhibit # 2).  The agency (CSOSA) was required to act on Plaintiff's Privacy Act request within twenty (20) days, as Congressionally mandated pursuant to 5 U.S.C.  § 552a (d)(2)(A-B).  Plaintiff asserts that as of this complaint, the agency (CSOSA) has utterly failed in its duty to act in a timely manner pursuant to Plaintiff's Privacy Act request.  (See id.)

3)  On or about March 14, 2005 , the Plaintiff submitted a separate request to Mr. Paul Quander, Director (CSOSA), pursuant to the Privacy Act, Title 5 U.S.C. §552a (d)(2)(A-B), to correct and amend Plaintiff's Study Prior to Sentencing, after receiving notice that the Government of the District of Columbia Department of Mental Health was not the authority in this matter; this was mailed via U.S. Postal Service certified return receipt no. 7002 3150 0004 2812 5547 .  According to the United States Postal Service, the Privacy Act request was received at the agency (CSOSA)

-2-

office on or about __March 17, 2005__ .  (See Exhibit # 3).

4)  On or about __March 17, 2005__ , Plaintiff's request was received and signed (See Exhibit # 4).  The agency (CSOSA) was required to act on Plaintiff's Privacy Act request within twenty (20) days as Congressionally mandated pursuant to 5 U.S.C. §552a (d)(2)(A-B).  Plaintiff asserts that as of this instant complaint, the agency (CSOSA) has utterly failed in its duty to act in a timely manner pursuant to pLaintiff's Privacy Act Request. (See id.)

5)  On or about __February 15, 2005__ , the Plaintiff submitted a FOIA request per Mr. Paul Quander, Director (CSOSA) (See Exhibit # 5) to Ms. Renee Barley, FOIA officer, pursuant to the FOIA; to locate any and all psychological records pertaining to the Plaintif while in the custody of the DCDOC; which was mailed via U.S. Postal Service.  (See Exhibit # 6).  Plaintiff's original request to CSOSA was on or about __January 13, 2005__ (See Exhibit # 7).

6)  The agency (CSOSA) was required to act on Plaintiff's FOIA request within twenty (20) days, as Congressionally mandated pursuant to 5 U.S.C. §552a (d)(2)(A-B).  Plaintiff asserts that as of this instant complaint, the agency (CSOSA) has utterly failed in its duty to act in a timely manner pursuant to Plaintiff's FOIA request (See id.)

7)  Plaintiff maintains that he has, in good faith, attempted to exercise his right to correct and amend inaccurate and erroneous information in his (PSI) report and Study Prior to Sentencing; as well locate any and all psychological records pertaining the Plaintiff while in the custody of the DCDOC and the agency (CSOSA)

-3-

has simply stymied the entire process, in stark contravention of 5 U.S.C. § 552a et. seq.

    8)  Plaintiff seeks the following relief:

        A)  The Plaintiff is requesting to the Honorable Court pursuant to 5 U.S.C. § 552a (g)(1)(D), (g)(2)(A), for the Court to order the agency (CSOSA) t oamend the inaccuracies and erroneous information in Plaintiff's PSI report and Study Prior to Sentencing and/or any such other way that the Court may direct;

        B)  This Plaintiff is requesting to the Honorable Court pursuant to the FOIA, for the Court to order the agency (CSOSA) to locate any and all psychological records pertaining to the Plaintiff while in the custody of the DCDOC and/or such other way that the Court may direct with respect to the FOIA request;

        C)  Further, Plaintiff requests that the relief sought herein and in the original Privacy Act requests and FOIA (See Exhibit # _2_, Exhibit # _4_, and Exhibit # _6_) and on exhibit to the Court be granted;

        D)  Plaintiff is requesting to be reimbursed for the filing fee and all subsequent monetary expenses incurred during the course of this **entire** litigation process.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 12, 2005                          Respectfully Submitted,

                                                                     _____

                                                                   Marcus J. Martin

## CERTIFICATE OF SERVICE

I, Marcus J. Martin, present pursuant to Title 28 U.S.C. § 1746 that on this day <u>April 12</u>, 2005, the original and three (3) copies of this document was mailed to the Clerk's Office, United States District Courthouse for the District of Columbia, Third Street and Constitution Avenue, N.W., Washington, D.C.  20001-2866.

Mr. Marcus J. Martin
Fed. # 08949-007
Rivers Corr. Inst.
P.O. Box 630/ D2-206U
Winton, NC 27986-0630
