**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARCUS J. MARTIN** | ) |
| **Fed. Reg. No. 08949-007** | ) |
| **Post Office Box 630** | ) |
| **Winston, North Carolina 27986** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Civil Action No. 05-0853(JDB)** |
| | ) **(ECF)** |
| **COURT SERVICES AND OFFENDERS** | ) |
| **SUPERVISION AGENCY (CSOSA)** | ) |
| **FOR THE DISTRICT OF COLUMBIA** | ) |
| **633 Indiana Avenue, N.W.** | ) |
| **Washington, D.C.  20004** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant

U.S. Attorney, as counsel of record for defendants,  in the above-captioned case.

Respectfully submitted,

_____          _____/s/_____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**


I hereby certify that on this  23rd  day of May, 2005, I caused the foregoing Praecipe to be served on plaintiff,  postage prepaid, addressed as follows:


MARCUS J. MARTIN
Fed. Reg. No. 08949-007
Post Office Box 630
Winston, North Carolina 27986


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)